UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-23309-CIV-ALTONAGA

**ATLAS IP, LLC**,

    Plaintiff,
v.

**MEDTRONIC, INC.**, *et al.*,

    Defendants.
_____/

**FINAL JUDGMENT**

**THIS CAUSE** came before the Court on the Order of October 17, 2014 [ECF No. 260], in which the Court granted the Motion for Reconsideration . . . [ECF No. 248] filed by Defendants, Medtronic, Inc.; Medtronic USA, Inc.; and Medtronic Minimed, Inc. Pursuant to Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in favor of Defendants, Medtronic, Inc.; Medtronic USA, Inc.; and Medtronic Minimed, Inc., and against Plaintiff, Atlas IP, LLC. Plaintiff shall take nothing by this action.

2. The Court retains jurisdiction over this cause and over the parties for the purposes of entering all further post-judgment orders that are just and proper.

**DONE AND ORDERED** in Chambers at Miami, Florida this 17th day of October, 2014.

                                                 _____
                                                 **CECILIA M. ALTONAGA**
                                                 **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record